# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MELISSA SAHADI,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.:   3:20 cv 01828 (RNC)** |
| | : | |
| **vs.** | : | |
| | : | |
| **CITIZENS BANK, N.A.,** | : | |
| | : | |
| **Defendant.** | : | **January 3, 2022** |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.


By:  /s/ James V. Sabatini
    James V. Sabatini, Esquire
    Sabatini and Associates, LLC
    One Market Square
    Newington, CT 06111
    Tel. no.:   860-667-0839
    Fax no.:   860-667-0867
    e-mail:   jsabatini@sabatinilaw.com
    CT19899



    Attorney for Plaintiff

By: /s/ Allison P. Dearington
    Allison P. Dearington, Esquire
    Jackson Lewis, P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    Tel. No.   860-522-0404
    Fax No.   860-247-1330
    e-mail:
    Allison.Dearington@JacksonLewis.com
    CT29277

    Attorney for Defendant

1

## **ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

<u>/s/ James V. Sabatini</u>
     James V. Sabatini

2